STATE v. GOODEN

No. 36P84.

Case below: 65 N.C. App. 669.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. HOCKADAY

No. 387P84.

Case below: 68 N.C. App. 564.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. JEFFERSON

No. 388P84.

Case below: 68 N.C. App. 725.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 28 August 1984.

STATE v. JENRETTE

No. 384P84.

Case below: 68 N.C. App. 564.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 28 August 1984.

STATE v. LEWIS

No. 287P84.

Case below: 58 N.C. App. 348.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 August 1984.